■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY COLE, Appellant.—Judgment, Supreme Court, Bronx County (Lawrence Tonetti, J.), rendered on March 24, 1987, unanimously affirmed. Defendant's motion for substitution of assigned counsel or, in the alternative, for leave to file a *pro se* supplemental brief, is denied in all respects. No opinion. Concur—Sullivan, J. P., Ross, Milonas, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL CRUZ, Appellant.—Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered on May 20, 1987, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Ross, Milonas, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDA DIXON, Appellant.—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on September 5, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Ross, Milonas, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILTON EHRLICH, Appellant.—Judgment, Supreme Court, New York County (Clifford Scott, J.), rendered on November 9, 1987, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Ross, Carro, Asch and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO GONZALEZ, Appellant.—Judgment, Supreme Court, New York County (John Leonforte, J.), rendered on May 1, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Carro, Asch and Rosenberger, JJ.